April 29, 2009

Consent to Jurisdiction by Mag. Judge

IN THE UNITED STATES DISTRICT COURT
For THE WESTERN DISTRICT OF PENNSYLVANIA

To: Chief Magistrate Judge Baxter

FILED 08-322 Erie
MAY - 7 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYL...

Susan Paradise Baxter, My Name is Gabriel Jennings #29156-053 I've been in transit since Jan 6, 2009 and at this time I'm still in transit as a holdover at U.S.P. Atlanta Jo4 Room 342. I received your order date Jan 14, 2009 with the form giving consent to jurisdiction by the magistrate judge. Which I fill out and sign requesting a magistrate judge to over see my case. While as a holdover at U.S.P Lewisburg, I mail the form back to you. I received a copy of a current docket sheet, that shows that you never received my consent form giving you jurisdiction over my case. Please don't take this as a sign of disrespect to Jude Sean J. McLaughlin but I did every thing I was surpose to by filling out the consent form and mailing it back to you. To make sure I would keep you on my case, Please tell me what I have to do to get you back on my case.