IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GABRIEL JENNINGS,

    Petitioner,

v().                              Case No: Docket No.: 1:08-cv-322

FRANCISCO J. QUINTANA, Warden;
Michael B. Mukasey, U.S. Attorney
General, et. al.

    Respondent.
_____/

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
OF RECORD AS PER LCvR 83.2 WITH SUPPORTING AFFIDAVIT

**COMES NOW,** the undersigned attorney with this motion and affidavit pursuant to LCvR 83.2 and respectfully moves this Honorable Court for an Order permitting counsel to withdraw as attorney of record on behalf of the Petitioner, Gabriel Jennings and as grounds therefore would state as follows

1. Counsel filed a notice of appearance on the Petitioner's behalf on May 17, 2010.

2. Since the filing of the notice of appearance, Petitioner Jennings has advised counsel that he wishes to proceed *pro-se* from this stage forward. (See Appendix A, Affidavit from Petitioner)

3. The relationship between counsel and the Petitioner has reached a point at which further representation would not be in the best interests of counsel, the Petitioner, or this Honorable Court.

4. The case is currently on the Court's calendar on standby pending the resolution of the filed pleadings.

5. An Order permitting counsel to withdrawal from the cases at this time would not prejudice the Petitioner as he filed the initial pleadings *pro-se* and wishes to continue *pro-se* at this juncture of the proceedings.

6. Counsel further respectfully requests that, if this Honorable Court is inclined to grant the relief sought herein, that the Court not set any hearings on any matters for the appropriate period, allowing the Petitioner an opportunity to prepare to represent himself in this matter or until this Court makes a determination that appointment of counsel is appropriate.

**WHEREFORE**, based on the foregoing, undersigned counsel respectfully requests that this Honorable Court enter an Order permitting the withdraw as counsel for the Petitioner in the above-captioned case.

Dated: Rosedale, New York
April 7, 2011

Respectfully submitted,

_____
Law Offices of Andrew Hirschhorn
One Cross Island Plaza Suite 116
Rosedale NY 11422
(718) 528-4424

**EXHIBIT A**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA          CASE NO: 1:08cv-00322-SPB

---

GABRIEL JENNINGS.

   Plaintiff

 -against-                                                  CONSENT
                      TO CHANGE
QUINTANA ET AL                                                   ATTORNEY

   Defendant.

---

IT IS HEREBY CONSENTED THAT

Be substituted as attorney(s) of record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date thereof.

Dated: Rosedale, NY
    February 20, 2011

                  _____
                  Pro Se
                  GABRIEL JENNINGS
                  Reg. 29156-053
                  United States Penitentiary
                  3901 Klein Boulevard
                  Lompoc, CA  93436-2706

                  _____
                  Outgoing Attorney
                  Andrew Hirschhorn Esq.

I hereby do CERTIFY that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this __7__ day of __March__, 2011, I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

         _____  _____
         J. Hernandez, Case Manager   Gabriel Jennings
         Authorized by the Act of      Reg. 29156-053
         July 7, 1955, as Amended, to
         Administer Oaths(18 USC 4004)

## **CERTIFICATE OF SERVICE**

 I hereby do certify that on <u>April 7, 2011</u> I filed the foregoing document with the Clerk of Court using the CM/ECF and have mailed copies via the United States Mail to all parties that are not participants of the CM/ECF Electronic Filing System.

Dated: Rosedale, New York
   April 7, 2011 dale NY

             Respectfully submitted,

             Law Offices of Andrew Hirschhorn
             One Cross Island Plaza Suite 116
             Rosedale NY 11422
             (718) 528-4424