# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL JENNINGS, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:08-cv-322-SJM-SPB |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN QUINTANA, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on November 19, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on January 7, 2013 [ECF No. 51], recommends that the instant petition for writ of habeas corpus be denied. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at the U.S. Penitentiary in Lompoc, California, where he is currently incarcerated, and on the Respondent. No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 29th Day of January, 2013;

IT IS ORDERED that the instant petition for writ of habeas corpus be, and hereby is, DENIED.

The Report and Recommendation of Magistrate Judge Baxter, filed on January 7, 2013 [ECF No. 51], is adopted as the opinion of this Court.

                                  s/ <u>Sean J. McLaughlin</u>
                                      SEAN J. McLAUGHLIN
                                      United States District Judge

Cm:   All parties of record.
       U.S. Magistrate Judge Susan Paradise Baxter